NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ENDO PHARMACEUTICALS INC.,**
*Plaintiff-Appellee*

v.

**ACTAVIS INC., ACTAVIS SOUTH ATLANTIC LLC,**
*Defendants-Appellants*

---

2016-1025

---

Appeal from the United States District Court for the Southern District of New York in No. 1:12-cv-08985-TPG-GWG, Senior Judge Thomas P. Griesa.

---

**ON MOTION**

---

Before DYK, *Circuit Judge.*

**O R D E R**

Actavis Inc. and Actavis South Atlantic LLC (collectively, "Actavis") submit a motion for a stay, pending appeal, of the United States District Court for the Southern District of New York's order enjoining it from making and selling its generic products prior to the expiration of Endo Pharmaceuticals Inc.'s patents.

2                          ENDO PHARMACEUTICALS INC. v. ACTAVIS INC.

Upon consideration thereof,

IT IS ORDERED THAT:

Endo is directed to respond to the motion no later than 9:00 AM on October 9, 2015. Any reply by Actavis is due no later than 9:00 AM on October 13, 2015.

                                                 FOR THE COURT

                                                 /s/ Daniel E. O'Toole
                                                 Daniel E. O'Toole
                                                 Clerk of Court

s26