NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**ENDO PHARMACEUTICALS INC.,**
*Plaintiff-Appellee*

v.

**ACTAVIS INC., ACTAVIS SOUTH ATLANTIC LLC,**
*Defendants-Appellants*

2016-1025

Appeal from the United States District Court for the Southern District of New York in No. 1:12-cv-08985-TPG-GWG, Senior Judge Thomas P. Griesa.

Before DYK, *Circuit Judge.*

## O R D E R

Actavis Inc. and Actavis South Atlantic LLC (collectively, "Actavis") inform the court that the United States District Court for the Southern District of New York stayed its injunction pending the district court's resolution of Actavis's motion under Rule 59 of the Federal Rules of Civil Procedure to amend the judgment or in the alternative for a stay pending appeal, and Endo Pharmaceuticals Inc.'s motion under Rule 52 for additional findings.

Upon consideration thereof,

IT IS ORDERED THAT:

The court's October 7, 2015 order is vacated. The motion to stay is held in abeyance. The parties are ordered to promptly notify the court after the district court rules on the two pending motions how they believe this appeal should proceed.

                                    FOR THE COURT

                                    /s/ Daniel E. O'Toole
                                    Daniel E. O'Toole
                                    Clerk of Court

s26